UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF PROXIMA BETA PTE. LI. | Case No. 24-mc-80085-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 1 |

Proxima Beta Pte. Limited has filed an ex parte application for an order authorizing discovery pursuant to 28 U.S.C. § 1782 from Apple, Inc. ("Apple") and Google LLC ("Google"). ECF No. 1. Service on Apple and Google was effected on April 23, 2024. ECF Nos. 6, 7. Neither Apple nor Google has filed an opposition. The Court hereby requests that Apple and Google file a response within fourteen (14) days as to why an order authorizing discovery should not issue.

**IT IS SO ORDERED.**

Dated: May 17, 2023



JON S. TIGAR
United States District Judge